No. 132, Misc. Ex parte McMahan. April 28, 1947. Application denied. 

No. 134, Misc. Ex parte Gramlich. April 28, 1947. The motion for leave to file petition for writ of habeas corpus is denied. 

No. 135, Misc. Mitchell *v.* Neblett, Judge. April 28, 1947. The motion for leave to file petition for writ of mandamus is denied. Petitioner *pro se. Acting Solicitor General Washington* for respondent.

No. 85. Trailmobile Company et al. *v.* Whirls. April 28, 1947. Order entered amending opinion.
Opinion reported as amended, 331 U. S. 40.